RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 12/19/14

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ALISON GIFFORD, et al | CIVIL ACTION 14-2661 |
| VERSUS | U.S. DISTRICT JUDGE DRELL |
| METROPOLITAN PROPERTY, ET AL | U.S. MAGISTRATE JUDGE KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the motion to remand, **doc. #16**, is GRANTED and this case is remanded to the 12th Judicial District Court, Parish of Avoyelles, State of Louisiana.

. **THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this _19_ day of _December_, 2014.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT